No. 98–1909.  HUNEYCUTT ET AL. *v.* CITY OF SUFFOLK.  Sup. Ct. Va.  Certiorari denied.

No. 98–1911.  RODRIGUEZ ET AL. *v.* LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT.  Ct. App. La., 5th Cir. Certiorari denied.

No. 98–1912.  OWENS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–1913.  CLIFTON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–1914.  PAULSON ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–1917.  NUSSBECK *v.* NUSSBECK.  Sup. Ct. Colo.  Certiorari denied.

No. 98–1918.  LIGHTFOOT *v.* UNION CARBIDE CORP. ET AL. C. A. 2d Cir.  Certiorari denied.

No. 98–1919.  CITY OF NEWARK ET AL. *v.* FRATERNAL ORDER OF POLICE NEWARK LODGE No. 12 ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–1920.  IN RE S. H.  Sup. Ct. Alaska.  Certiorari denied.

No. 98–1922.  KREISCHER ET AL. *v.* KERRISONS DRY GOODS CO. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–1923.  FREUND *v.* BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 98–1924.  WOJCIECHOWSKI *v.* MONTEVIDEO PARTNERSHIP ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–1925.  CAMPBELL *v.* CITY OF PLYMOUTH.  Ct. App. Mich.  Certiorari denied.

No. 98–1926.  COCKRELL ET AL. *v.* CITY OF SOUTHAVEN.  Sup. Ct. Miss.  Certiorari denied.